**94–2723.** Dirksing v. Blue Chip Architectural Products, Inc. *Butler County,* No. CA93–08–156. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion to stay this appeal pending this court's determination of Supreme Court case No. 93–2569, *William G. Bond v. Howard Corp., S.A., et al.,*

IT IS ORDERED by the court, *sua sponte,* effective January 25, 1995, that this appeal be, and hereby is, allowed. The Clerk shall issue an order for transmittal of the record from the Court of Appeals for Butler County.

IT IS FURTHER ORDERED by the court that this case be held pending the decision in Supreme Court case No. 93–2569, *William G. Bond v. Howard Corp., S.A.,* Lorain County, No. 93CA005576.

IT IS FURTHER ORDERED by the court that briefing be stayed pending further order of the court.

WRIGHT, J., not participating.

*Monday, January 30, 1995*

## MOTION DOCKET

**94–2699.** Lowe v. Cassidy. *Franklin County,* No. 94APE06–784. On motion for admission *pro hac vice* in the Supreme Court by C. Crady Swisher III. Motion granted.

*Tuesday, January 31, 1995*

## MOTION DOCKET

**95–176.** State v. Baker. *Shelby County,* No. 17–94–18. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**95–134.** State v. Rickard. *Lucas County,* No. L–93–205. Appellant has filed an untimely notice of appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, February 1, 1995*

## MERIT DOCKET

**93–2333.** Archbold Truck Lines, Inc. v. Pub. Util. Comm. *Public Utilities Commission,* Nos. 89–582–TR–AAC and 89–583–TR–AAC. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.